

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/23/2023 __

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Jaimini A. Vyas
phone: 212-356-2079
email: jvyas@law.nyc.gov

October 20, 2023

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *T.G., et al. v. New York City Dept. of Education*, 23-CV-08569 (MKV)

Dear Judge Vyskocil:

      This office represents Defendant New York City Department of Education ("DOE") in the above referenced action. I write to request an extension of time for Defendant to respond to the complaint. DOE's answer is currently due on October 25, 2023. Defendant respectfully requests an extension of approximately sixty (60) days, until December 22, 2023, to enable our client to undertake the appropriate investigation with respect to plaintiff's allegations in order to adequately prepare an appropriate response. No previous request for an extension has been made by defendant and there are no existing deadlines in the case that will be impacted by the requested extension. Plaintiffs' counsel consents to this request.

      Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Jaimini A. Vyas
Assistant Corporation Counsel

**Granted. SO ORDERED.**

Date:  10/23/2023
New York, New York

Mary Kay Vyskocil
United States District Judge