

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Jaimini A. Vyas**<br>*Assistant Corporation Counsel*<br>347-556-8536<br>jvyas@law.nyc.gov |

January 25, 2024

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *T.G. et al. v. New York City Dept. of Education*, 23-CV-08569-MKV

Dear Judge Vyskocil:

  This office represents Defendant New York City Department of Education in the above-captioned action. The Parties have conferred to discuss the possibility of settlement as Your Honor ordered and wish to pursue settlement efforts. To that end, we write jointly with Plaintiffs' Counsel to respectfully request an extension of approximately forty-five (45) days, until March 11, 2024, to file on ECF a joint letter and Proposed Case Management Plan, which are currently due on January 26, 2024. We also request a similar forty-five (45) day adjournment of the Initial Pretrial Conference—which is scheduled for February 2, 2024—to March 18, 2024.

  The Parties have not made any previous requests for an extension to file a joint letter and Proposed Case Management Plan or for an adjournment of the Initial Pretrial Conference. No other existing deadlines in the case will be impacted by the requested extension and adjournment. We apologize for the delay in making this request.

  Thank you for Your Honor's consideration of this request.

                Respectfully submitted,

                Jaimini A. Vyas
                Assistant Corporation Counsel

cc:  **BY ECF**

counsel of record