USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T.G., *individually and on behalf of their minor child, A.A.*,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

1:23-cv-8569-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 11, 2024, Defendant submitted a letter requesting that the Court hold a pre-motion conference on Defendant's anticipated motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. [ECF No. 13]. On April 16, 2024, Plaintiffs filed an opposing letter. [ECF No. 14].

The Court has reviewed the arguments set out in the parties' submissions. IT IS HEREBY ORDERED that Defendant's request for a pre-motion conference is DENIED, and Defendant is GRANTED leave to file a motion for judgment on the pleadings on the schedule set forth below:

- Defendant's motion shall be filed by May 27, 2024;
- Plaintiffs' opposition shall be filed by June 26, 2024;
- Defendant's reply shall be filed by July 19, 2024.

IT IS FURTHER ORDERED that the initial pre-trial conference scheduled for April 26, 2024 at 11:30 AM is ADJOURNED pending the resolution of Defendant's motion for judgment on the pleadings. At the time of any rescheduled initial pre-trial conference, the parties shall revise and refile the joint submissions docketed at ECF Nos. 15 and 16.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Dated:  New York, NY
        April 23, 2024

_____
**MARY KAY VYSKOCIL**
**United States District Judge**