UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.G., *individually and on behalf of their minor child, A.A.*, <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED:_____ <br><br> 1:23-cv-8569-MKV <br><br> **REVISED SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

On May 24, 2024, Defendant submitted a letter requesting a one-week extension to file its motion for judgment on the pleadings pursuant to F.R.C.P. 12(c), and corresponding one-week extensions for Plaintiff to file papers in opposition and Defendant to reply. [ECF No. 18].

Upon review of Defendant's letter request for an extension of time, IT IS HEREBY ORDERED that Defendant is GRANTED leave to file its motion for judgment on the pleadings on the revised schedule set forth below:

- Defendant's motion shall be filed by June 4, 2024;
- Plaintiffs' opposition shall be filed by July 3, 2024;
- Defendant's reply shall be filed by July 26, 2024.

IT IS FURTHER ORDERED that the initial pre-trial conference remains ADJOURNED pending the resolution of Defendant's motion for judgment on the pleadings

pursuant to the Court's previous scheduling order. [ECF No. 17].  At the time of any rescheduled initial pre-trial conference, the parties shall revise and refile the joint submissions docketed at ECF Nos. 15 and 16.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Dated:  New York, NY**
**         May 24, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**