

From: ▓▓▓▓▓▓▓
Sent: Monday, June 27, 2022 1:56 PM
To: T▓▓▓▓ G▓▓▓ <t▓▓▓▓▓▓▓@gmail.com>
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@schools.nyc.gov>; ▓▓▓▓▓▓▓▓▓▓@schools.nyc.gov>
Subject: ▓▓▓'s IEP Documents - Please confirm receipt

Hi Ms. ▓▓▓▓,

Attached is ▓▓▓▓'s Individualized Education Program, Educational Evaluation Report, Social History and a letter asking you to indicate if you agree with the recommendations. Please sign this letter and return it to me at your earliest convenience.

Thank you very much.

*Respectfully,*

▓▓▓▓▓▓▓▓▓

*Family Worker - School Based Support Team*