

**NYC Department of Education**

**Student Name:** ▮▮▮▮
**DOB:** ▮▮▮▮
**NYC ID:** ▮▮▮▮

**Case Manager:** Kimberly Leysath

The above referenced student was referred to Central Based Support Team. It has been determined that your program may be able to provide the special education services specified on this student's Individualized Education Program (IEP).
Following is information that may assist you in your review of this student's educational needs.

1. Current educational setting:
   NYSED-Approved Non Public School - Day

2. Date of most recent (IEP): 06/27/2022

3. The CSE recommends placement for: Day

The related services recommended are:

Please review the student's documentation that was sent to you via e-mail and indicate your response below within ten (10) days of receipt of this case.
If you have any questions please contact Kimberly Leysath at 917-339-1578.

| SCHOOL | DATE REFERRED | 1ST RESPONSE | 2ND RESPONSE | 3RD RESPONSE | 4TH RESPONSE |
|---|---|---|---|---|---|
| 22KAAI:Ahrc/Brooklyn Blue Feather School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the student's IEP mandates and academic needs.<br>Response Date: 11/01/2022 | | | |
| 00OAGR:The Hallen School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the needs of the student.<br>Response Date: 10/26/2022 | | | |
| 00OAGS:The Hawthorne Country Day School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the student's IEP mandates.<br>Response Date: 11/17/2022 | | | |
| 20KBCO:The Heartshare School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School does not have an appropriate placement available.<br>Response Date: 10/26/2022 | | | |
| 25QAHP:The Herbert G. Birch School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the needs of the student.<br>Response Date: 10/26/2022 | | | |
| 17KAGN:League School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the needs of the student.<br>Response Date: 10/26/2022 | | | |
| 02MAEL:Learning Spring Elementary School | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the needs of the student.<br>Response Date: 03/13/2023 | | | |
| 25QAED:Qsac Day School | 10/26/2022 | Reject - Parent did not appear for/agree to Interview<br>Additional Information: Parent informed the school that he did not wish to interview with a school in the Bronx.<br>Response Date: 10/12/2022 | | | |
| 25QAHA:Shield Institute | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the student's needs.<br>Response Date: 12/08/2022 | | | |
| 00OAHT:Westchter School For Special Children | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School is unable to meet the student's IEP mandates.<br>Response Date: 10/26/2022 | | | |
| 00OAHX:Woodward Mental Health Center | 10/26/2022 | Reject - School not Appropriate<br>Additional Information: School does not have an appropriate opening.<br>Response Date: 10/31/2022 | | | |