## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

| STUDENT NAME: ▓▓▓▓▓▓ | DISABILITY CLASSIFICATION: ▓▓▓▓ |
|---|---|
| DATE OF BIRTH: ▓▓▓▓▓    LOCAL ID #: ▓▓▓▓▓ | |
| PROJECTED DATE IEP IS TO BE IMPLEMENTED:07/06/2023 | PROJECTED DATE OF ANNUAL REVIEW:06/13/2024 |

**STUDENT NAME:** Azaan Akhter        **NYC ID:**243594876

| PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS |
|---|
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |
| EVALUATION RESULTS (INCLUDING FOR SCHOOL-AGE STUDENTS, PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS) |

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS





| PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS |
|---|
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
A████ ███████████████████████████ enrolled in a 6:1:1 class who is presently following an instructional program based on the Next Generation Learning Standards with accommodations and modifications. A████ is exempt from New York State and Local Standardized Assessments and participates in Alternate Assessment due to cognitive deficits and significant delays in communication and social functioning.

Student was not in attendance at annual review meeting due to ███ age. ███ needs and wants are expressed throughout the meeting with help from ███ parent and school team. The legal guardian was invited, attended and participated by phone in the conference and transition planning. The student's BCBA provider was invited, attended and participated by phone.

Levels of Knowledge and Development in Subject and Skill Areas
Reading:



**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Case 1:23-cv-08569-MKV   Document 20-6   Filed 06/04/24   Page 5 of 36



## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

████████████████████████████████████████████████████
████████████████████████████

Expected Rate of Progress:
Based upon ██████'s previous IEP goals (06/27/2022), ██████ has made progress and mastered his reading and math goals, and needs some additional time with modifications to master his writing and social-emotional goals.
Based on documented teacher observations, ██████ has made progress in reading first-grade sights words, ██████ can now read a familiar text with verbal prompting. Based on teacher observations, ██████ would benefit from more time to work ██ previous 2021-2022 writing goal of writing personal details (full name and birthdate). ██████ has made progress in his previous math goal of adding amounts with sums up to 20. Finally, ██████ would benefit from more time to master ██ 2021-2022 social-emotional goal in sharing food or a preferred item(s) with a peer. ██████'s reading, math, and social-emotional goals will be changed to reflect his progress and will include the use of visuals, repetition and verbal prompting. ██ previous goals will continue to be addressed with modfications during classroom instruction and activities.

██████ is expected to make a full year worth of progress in a calendar year. ██ will work on these new skills through a variety of instructional strategies: class activities, Discrete Trial Instruction (DTI), 1:1 instruction and related service sessions.

Learning Style:
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████

Speech-Language:
████████████████████████████████████████████████████
████████████████████████████████████████████████████
receives monolingual speech and language therapy five times per week individually (5x30:1) for thirty minutes each session.

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

STUDENT STRENGTHS, PREFERENCES, INTERESTS:

ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

A███████ mom and ████ BCBA were in attendance for the annual IEP meeting on 06/13/2023 via teleconference. Mom was in agreement with academic goals, mandates and recommended services at the time of the meeting. Mom and ████ BCBA expressed that ██████ has started talking more and they do not want to keep ████ Augmentative and Alternative Communication (AAC) device. They want to encourage ██████ to use ██ own words rather than to use the device. Mom did not express any concerns regarding academic progression. The IEP team will continue to support ██████'s academic, social/emotional and behavioral growth by providing Specially Designed Instruction, Positive Behavior Supports, Token Economy, frequent sensory breaks, Related Services, accommodations and modifications.

**SOCIAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:

STUDENT STRENGTHS:

SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:

████████████████████████ve Behavior Supports, First/Then Board, frequent sensory breaks, Token Economy, Related Services, accommodations and modifications.

Mom and ██████s BCBA were in attendance for the annual IEP meeting on 06/13/2023 via teleconference. Mom was in agreement with goals, mandates, and related services recommended at the time of the meeting. Mom did not express any concerns regarding A██████

| PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS |
| --- |
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |

social/emotional development at this time. The IEP team will continue to support A████s academic, social/emotional and behavioral growth by providing Specially Designed Instruction, Positive Behavior Supports, Token Economy, frequent sensory breaks, Related Services, accommodations and modifications.

**PHYSICAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:

███████████████████████████████████████████

PT: A███████████████████████████████████ receives physical therapy 3x30min/week individually to address gross motor

███████████████████████████████████████████

receive physical therapy 3x30:1 to address his gross motor deficits.
OT: A█████ currently receives Occupational Therapy 3x per week 30 minute individual sessions. ███████████████████

███████████████████████████████████████████

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Recommend continuation of Occupational Therapy 3x per week 30 minute individual sessions to maximize school performance and independence.

STUDENT STRENGTHS:

PT: ████████████████████████████████████████████████████████████████████████

OT: █████████████████████████████████████████████████████████████████████████████████

PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:

PT: A████s mother expressed concerns about ████ability to carry objects at home, such as a plate, without dropping it. PT and OT will continue to focus on activities to improve ████ hand strength, motor planning and bilateral coordination.

OT: A████'s mother attended IEP meeting remotely. Agreed with OT goals, progress and mandate. No concerns reported at this time related to Occupational Therapy.

**MANAGEMENT NEEDS**

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Testing Accommodations: On-task focusing prompts, breaks, a location with minimal distractions, human read aloud testing material and individualized manipulatives during testing to ensure ████ completes the test the best to his ability by staying focused and remaining on task.

Extended school year to minimize loss of skills (6-week summer school)

A████ can participate in Art and Music in his current ratio of 6:1:1 with accommodations and modifications.

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

### DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Transportation from the closest safe curb location to school due to ██ impairment in following and responding to safety protocols, cognition, and communication skills.

A██ previously was recommended to use an Assistive Technology device; it has since been determined that A██ no longer requires a device for Assistive Technology due to A██'s ability to express his needs and wants with minimal assistance.

Related Services;
Physical Therapy: Continue current PT mandate 3x30:1
Speech and Language Therapy: Continue current mandate 5x30:1
Occupational Therapy: Continue current mandate of 3x30:1
Monthly parent training/counseling as needed

### EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL STUDENT, EFFECT OF STUDENT NEEDS ON PARTICIPATION IN APPROPRIATE ACTIVITIES

**STUDENT NAME:** ██████████                                        **NYC ID:** ██████████

### STUDENT NEEDS RELATING TO SPECIAL FACTORS

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

**STUDENT NEEDS RELATING TO SPECIAL FACTORS**

BASED ON THE IDENTIFICATION OF THE STUDENT'S NEEDS, THE COMMITTEE MUST CONSIDER WHETHER THE STUDENT NEEDS A PARTICULAR DEVICE OR SERVICE TO ADDRESS THE SPECIAL FACTORS AS INDICATED BELOW, AND IF SO, THE APPROPRIATE SECTION OF THE IEP MUST IDENTIFY THE PARTICULAR DEVICE OR SERVICE(S) NEEDED:

STUDENT NAME: A███ A████                                                                 NYC ID: ████████

| BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE) |
|---|
| **MEASURABLE POSTSECONDARY GOALS** |
| LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT |

**EDUCATION/TRAINING:** Deemed not applicable at this time.
**EMPLOYMENT:** Deemed not applicable at this time.
**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):** Deemed not applicable at this time.

**TRANSITION NEEDS**
In consideration of present levels of performance, transition service needs of the student that focus on the student's courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from school to post-school activities: Deemed not applicable at this time.

STUDENT NAME: A███ A████                                                                 NYC ID: ████████

**ALTERNATE SECTION FOR STUDENTS WHOSE IEPS WILL INCLUDE SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (REQUIRED FOR PRESCHOOL STUDENTS AND/OR SCHOOL-AGE STUDENTS WHO MEET ELIGIBILITY CRITERIA TO TAKE THE NEW YORK**

| STATE ALTERNATE ASSESSMENT) |
|---|

| MEASURABLE ANNUAL GOALS |
|---|

THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM OR, FOR A PRESCHOOL CHILD, IN APPROPRIATE ACTIVITIES, ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT DISABILITY, AND, FOR A SCHOOL-AGE STUDENT, PREPARE THE STUDENT TO MEET THEIR POSTSECONDARY GOALS.

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ████████ | ████████ | ████████ | ████████ |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████████████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████████████

### IEP PROGRESS REPORT

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ██████████████████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

██████████████████████████████

**IEP PROGRESS REPORT**

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ██████ | ██████ | ██████ | ██████ |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

████████████████████

**IEP PROGRESS REPORT**

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████████████ | ███████ | ███████ | ███████ |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████████████████████

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ██████████████████████████████████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████████████████████████████████

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

| 7th Progress report for this IEP ☐ |
| 8th Progress report for this IEP ☐ |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Speech-Language: | | speech therapist | 1 time per month |
| ████████████████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

████████████████████

**IEP PROGRESS REPORT**

1st Progress report for this IEP ☐

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████

**IEP PROGRESS REPORT**

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ████████████████████ | | Teacher/Provider | 1 time per month |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

████████████████████

**IEP PROGRESS REPORT**

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ██████████ | | Class/OT Activities | 1 time per month |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

██████████████████████████

### IEP PROGRESS REPORT

1st Progress report for this IEP ☐

2nd Progress report for this IEP ☐

3rd Progress report for this IEP ☐

4th Progress report for this IEP ☐

5th Progress report for this IEP ☐

6th Progress report for this IEP ☐

7th Progress report for this IEP ☐

8th Progress report for this IEP ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████████ | ███ | ███ | ███ |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

███████████████

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IEP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ███████ | | | |

SHORT-TERM INSTRUCTIONAL OBJECTIVES AND/OR BENCHMARKS (INTERMEDIATE STEPS BETWEEN THE STUDENT'S PRESENT LEVEL OF PERFORMANCE AND THE MEASURABLE ANNUAL GOAL):

████████████████████

| IEP PROGRESS REPORT |
|---|

**1st Progress report for this IEP** ☐

**2nd Progress report for this IEP** ☐

**3rd Progress report for this IEP** ☐

**4th Progress report for this IEP** ☐

**5th Progress report for this IEP** ☐

**6th Progress report for this IEP** ☐

**7th Progress report for this IEP** ☐

**8th Progress report for this IEP** ☐

**STUDENT NAME:** A█████ A█████                                    **NYC ID:** ████████

| REPORTING PROGRESS TO PARENTS |
|---|
| Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents:<br>4 times per year: Dec., March, June, August, with report cards |

**STUDENT NAME:** A█████ A█████                                    **NYC ID:** ████████

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM/SERVICES** | **SERVICE DELIVERY RECOMMENDATIONS*** | **FREQUENCY** HOW OFTEN PROVIDED | **DURATION** LENGTH OF SESSION | **LOCATION** WHERE SERVICE WILL BE PROVIDED | **PROJECTED BEGINNING / SERVICE DATE(S)** |
| **SPECIAL EDUCATION PROGRAM:** | | | | | |
| Special Class<br>Math | 6:1+1<br>Language of Service: English | 10 time(s) per week | Period | Special Education Classroom | 07/06/2023 |
| Special Class<br>ELA | 6:1+1<br>Language of Service: English | 10 time(s) per week | Period | Special Education Classroom | 07/06/2023 |
| Special Class<br>Social Studies | 6:1+1<br>Language of Service: English | 4 time(s) per week | Period | Special Education Classroom | 07/06/2023 |

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| Special Class<br>Sciences | 6:1+1<br><br>Language of Service:<br>English | 4 time(s) per week | Period | Special Education Classroom | 07/06/2023 |
| **RELATED SERVICES:** | | | | | |
| Occupational Therapy | Individual service<br><br>Language of Service:<br>English | 3 time(s) per week | 30 minutes | Separate Location Therapy Room, Special Education Classroom | 07/06/2023 |
| Parent Counseling and Training | Individually/Group | Monthly | Up to 60 Minutes | School(s)/Virtually | 07/06/2023 |
| Physical Therapy | Individual service<br><br>Language of Service:<br>English | 3 time(s) per week | 30 minutes | Separate Location Therapy Room, Special Education Classroom | 07/06/2023 |
| Speech-Language Therapy | Individual service<br><br>Language of Service:<br>English | 5 time(s) per week | 30 minutes | Separate Location Therapy Room, Special Education Classroom | 07/06/2023 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |
| **SUPPORTS FOR SCHOOL PERSONNEL ON BEHALF OF THE STUDENT:** | | | | | |
| | | | | | |
| * Identify, if applicable, class size (maximum student-to-staff ratio), language if other than English, group or individual services, direct and/or indirect consultant teacher services or other service delivery recommendations. | | | | | |

**STUDENT NAME:** A▓▓▓ A▓▓▓              **NYC ID:** ▓▓▓▓▓

**12-MONTH SERVICE AND/OR PROGRAM -** Student is eligible to receive special education services and/or program during July/August :: ☐ No
☑ Yes

If yes:

☑ Student will receive the same special education program/services as recommended above.

   OR

☐ Student will receive the following special education program/services:

| SPECIAL EDUCATION PROGRAM/SERVICES | SERVICE DELIVERY RECOMMENDATIONS | FREQUENCY | DURATION | LOCATION | PROJECTED BEGINNING / SERVICE DATE(S) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

For a preschool student, reason(s) the child requires services during July and August:
A▓▓▓ is not a pre-school aged student; this section is not applicable.

**STUDENT NAME:** A▓▓▓ A▓▓▓              **NYC ID:** ▓▓▓▓▓

| COMPENSATORY SERVICES |
|---|
| **Compensatory Services -** Does the student require additional services to address lost skills and/or lack of expected progress due to the periods of remote and blended learning beginning in March 2020? ☑ No ☐ Yes <br><br> The student does not require compensatory services for the following reason(s): <br><br> • The student made expected progress toward IEP goals and did not experience a loss in skills during blended and remote learning. |

**STUDENT NAME:** A▓▓▓ A▓▓▓              **NYC ID:** ▓▓▓▓▓

**TESTING ACCOMMODATIONS** (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN): INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☐ NONE | | |
| Breaks | On the New York State Alternate Assessment (NYSAA) and district approved exams lasting longer than 30 minutes in length. | 5 minutes every 15 minutes or upon student request |
| On-Task Focusing Prompts | On the New York State Alternate Assessment (NYSAA) and district approved exams lasting longer than 30 minutes in length. | First/then board with preferred items to improve presented every 5 minutes to improve on task focusing |
| Other : Manipulatives | On the New York State Alternate Assessment (NYSAA) and district approved exams lasting longer than 30 minutes in length. | Student may use familiar manipulative(s) during literacy and math sections/exams as needed. |
| Other : Test Read | On the New York State Alternate Assessment (NYSAA) and district approved exams lasting longer than 30 minutes in length. | Questions, passages, and test items including multiple choice questions may be read to the Adrian by a human reader, one more time than the standard number of times. |

*Conditions — Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

**STUDENT NAME:** A█████ A██████        **NYC ID:** █████████

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| COORDINATED SET OF TRANSITION ACTIVITIES | | |
|---|---|---|
| **NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES** | **SERVICE/ACTIVITY** | **SCHOOL DISTRICT/AGENCY RESPONSIBLE** |
| **Instruction** | Deemed not applicable at this time. | Deemed not applicable at this time. |
| **Related Services** | Deemed not applicable at this time. | Deemed not applicable at this time. |
| **Community Experiences** | Deemed not applicable at this time. | Deemed not applicable at this time. |
| **Development of Employment and Other Post-school Adult Living Objectives** | Deemed not applicable at this time. | Deemed not applicable at this time. |
| **Acquisition of Daily Living Skills (if applicable)** | Deemed not applicable at this time. | Deemed not applicable at this time. |
| **Functional Vocational Assessment (if applicable)** | Deemed not applicable at this time. | Deemed not applicable at this time. |

**STUDENT NAME:** A▮▮▮  A▮▮▮                                               **NYC ID:** ▮▮▮▮▮▮

---

**PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS**
(TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS)

Does the student have a severe cognitive disability, significant deficits in communication/language, and significant deficits in adaptive behavior? * ☑ Yes ☐ No

Does the student require a highly specialized educational program that facilitates the acquisition, application and transfer of skills across natural environments (home, school, community, and/or workplace)? * ☑ Yes ☐ No

Does the student require educational support systems such as but not limited to, assistive technology, personal care services, health/medical services, or behavioral intervention? * ☑ Yes ☐ No

☐ The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.
☑ The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement.

| PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS |
|---|
| (TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS) |

**Identify the alternate assessment:**
District Approved/school Alternate assessment
NYSAA

**Alternate Assessment Subjects:**

ELA

Math

**Statement of why the student cannot participate in the regular assessment and why the particular alternate assessment selected is appropriate for the student:**

██████████████████████████████████████████████████████████

**STUDENT NAME:** A█████ A██████                                         **NYC ID:** ██████████

| PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES |
|---|

REMOVAL FROM THE GENERAL EDUCATION ENVIRONMENT OCCURS ONLY WHEN THE NATURE OR SEVERITY OF THE DISABILITY IS SUCH THAT, EVEN WITH THE USE OF SUPPLEMENTARY AIDS AND SERVICES, EDUCATION CANNOT BE SATISFACTORILY ACHIEVED.

**FOR THE PRESCHOOL STUDENT:**

Explain the extent, if any, to which the student will not participate in appropriate activities with age-appropriate nondisabled peers (e.g., percent of the school day and/or specify particular activities):

███████████████████████████████████████

**FOR THE SCHOOL-AGE STUDENT:**

Explain the extent, if any, to which the student will not participate in regular class, extracurricular and other nonacademic activities (e.g., percent of the school day and/or specify particular activities):

███████████████████████████████████████████████████████████████████

If the student is not participating in a regular physical education program, identify the extent to which the student will participate in

## PARTICIPATION WITH STUDENTS WITHOUT DISABILITIES

specially-designed instruction in physical education, including adapted physical education:

████████████████████████████████████████

EXEMPTION FROM LANGUAGE OTHER THAN ENGLISH DIPLOMA REQUIREMENT:
☐ No ☐ Yes - The Committee has determined that the student's disability adversely affects their ability to learn a language and recommends the student be exempt from the language other than English requirement.

**STUDENT NAME:** A███ A███                                                          **NYC ID:** ████████

## SPECIAL TRANSPORTATION

TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO THEIR DISABILITY

☐ None.
☑ Student needs special transportation accommodations/services as follows:
  Transportation from the closest safe curb location to school.

  Reason(s) why the student needs special transportation service and/or accommodations:

  ████████████████████████████████████████████

☐ Student needs transportation to and from special classes or programs at another site:

## PLACEMENT RECOMMENDATION

NYC DOE Specialized School

## SUMMARY

### STUDENT INFORMATION

**Student Name:** A███ A███

**NYC ID** ████████████

**DOB:** ██████████

**Parents Language(s) Spoken/Mode Communication:** English

## IEP INFORMATION

**Date of IEP Meeting:** 06/13/2023

**IEP Amendment:** ☐ Yes ☑ No

**Reconvene of IEP Meeting:** ☐ Yes ☑ No

## INSTRUCTIONAL/FUNCTIONAL LEVELS

| | |
|---|---|
| **Reading:** | Kindergarten |
| **Math:** | Kindergarten |

## SUMMARY OF RECOMMENDATIONS

**Classification of Disability:** Autism

**Recommended Services:**

### Special Education Programs

| | |
|---|---|
| Special Class | English |
| Special Class | English |
| Special Class | English |
| Special Class | English |

### Related Services

| | |
|---|---|
| Occupational Therapy | English |
| Parent Counseling and Training | |
| Physical Therapy | English |
| Speech-Language Therapy | English |

**12-Month Services:**

| | |
|---|---|
| Special Class | English |
| Special Class | English |
| Special Class | English |
| Special Class | English |
| Occupational Therapy | English |
| Parent Counseling and Training | |
| Physical Therapy | English |
| Speech-Language Therapy | English |

**Participate in State and District-Wide Assessments:**

The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement

Identify the alternate assessment:
District Approved/school Alternate assessment
NYSAA

Alternate Assessment Subjects:

ELA

Math

Statement of why the student cannot participate in the regular assessment and why the particular alternate assessment selected is appropriate for the student:

███████████████████████████████████████

**Does A█████ have a Behavioral Intervention Plan?** No
**Recommended for Specialized Transportation:** ☐ None ☑ Student needs specialized transportation
**School Type:** NYC DOE Specialized School
**Medical Alert:** The student has ☐ medical conditions and/or ☐ physical limitations which affect their ☐ learning, ☐ behavior and/or ☐ participation in school activities.
The student requires ☐ medical and/or ☐ health care treatment(s) or procedure(s) during the school day.
**Accessibility:**
Does the student need an accessible school building? No
Does the student have limited mobility? No

| **PROMOTION CRITERIA** |
|---|

| CURRENT YEAR |
| --- |
| ☐ Standard ☐ Modified |
| NEXT YEAR |
| ☐ Standard ☐ Modified |

**Parent Concerns:**

Mom and A████s BCBA were in attendance for the annual IEP meeting on 06/13/2023 via teleconference. Mom was in agreement with academic goals, mandates and recommended services at the time of the meeting. Mom and the BCBA wanted ███device to be removed. The team agreed on the termination for the use of the Assistive Technology device and the necessary documentation has been completed.

The IEP team will continue to support A████'s academic, social/emotional and behavioral growth by providing Specially Designed Instruction, Positive Behavior Supports, First/Then Board, frequent sensory breaks, Token Economy, Related Services, accommodations and modifications.

| OTHER OPTIONS CONSIDERED |
| --- |

- General Education
- Home/Hospital Instruction

**STUDENT NAME:** A████ A█

**NYC ID:** ██████

**DATE OF IEP MEETING:** 06/13/2023

| ATTENDANCE PAGE |
| --- |

PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM.

| ROLE (INDICATE IF BILINGUAL) | NAME | SIGNATURE |
| --- | --- | --- |
| Related Service Provider/Special Education Teacher | R███ K████ | Participated by telephone |

## ATTENDANCE PAGE

| | | |
|---|---|---|
| **Parent/Legal Guardian** | T█████ M██████ | Participated by telephone |
| **District Representative** | W████ S██████ | Participated by telephone |
| **Speech and Language Therapist** | E████████ C██████████ | Participated by telephone |
| **Physical Therapist** | J█████ M█████ | Participated by telephone |
| **Occupational Therapist** | P█ H██████ | Participated by telephone |
| **Board Certified Behavior Analyst at home provider (BCBA)** | J██████ C████ | Participated by telephone |
| **School Psychologist** | W████ S██████ | Participated by telephone |