**From:** ▮▮▮▮▮
**Sent:** Friday, June 16, 2023 2:37 PM
**To:** T▮▮▮▮ G▮▮▮ <▮▮▮▮▮▮@gmail.com>
**Subject:** ▮▮▮'s IEP

Good afternoon,

I hope you re doing well.

Please see the attached document.

Have a great weekend.

▮▮▮