**Wednesday, May 22, 2024 at 11:16:25 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Authorization for Case 211664: |
| **Date:** | Monday, April 11, 2022 at 3:47:21 PM Eastern Daylight Time |
| **From:** | Human Resources |
| **To:** | DBlair6@schools.nyc.gov, IHOIUbillingandinvoicing@schools.nyc.gov, IHOIUTuitionandReimbursement@schools.nyc.gov, jshane@edlawny.com |

Hello everyone,

I am writing to follow-up for authorization of services.
The following is the information for the student:

**Student Name:**
**Case Number:** 211664
**OSIS:**
**Vendor's Name Pursuant to TIN:** Breakthrough Foundations Applied Behavior Analysis, PLLC.
**Tax ID (TIN):** 87-2878433
**Vendor Email Address:** humanresources@breakthroughfoundations.com
**Vendor Phone Number:** 917-295-0386

**Service Type:** School ABA
**Mandate:** 30 hours per week
**Rate:** $250 per hour
**Start Date:** April 1, 2022

**Service Type:** Home ABA
**Mandate:** 15 hours per week
**Rate:** $250 per hour
**Start Date:** April 1, 2022

**Service Type:** BCBA Supervision
**Mandate:** 9 hours per week
**Rate:** $300 per hour
**Start Date:** April 1, 2022

**Service Type:** Compensatory ABA
**Mandate:** 2745 hours total
**Rate:** $250 per hour
**Start Date:** April 1, 2022

**Service Type:** Compensatory BCBA Supervision
**Mandate:** 549 hours total
**Rate:** $300 per hour
**Start Date:** April 1, 2022

Please confirm receipt of this email and advise with authorization of this case. I have CC'd the attorney on this case and have also attached the hearing order.

Thank you for your time and attention to this matter.

On Wed, Mar 16, 2022 at 6:30 PM Human Resources <humanresources@breakthroughfoundations.com> wrote:
> Hello,
>
> I am writing for authorization of services.
> The following is the information for the student:
>
> **Student Name:** ███████
> **Case Number:** 211664
> **OSIS:** ███████
> **Vendor's Name Pursuant to TIN:** Breakthrough Foundations Applied Behavior Analysis, PLLC.
> **Tax ID (TIN):** 87-2878433
> **Vendor Email Address:** humanresources@breakthroughfoundations.com
> **Vendor Phone Number:** 917-295-0386
>
> **Service Type:** School ABA
> **Mandate:** 30 hours per week
> **Rate:** $250 per hour
> **Start Date:** April 1, 2022
>
> **Service Type:** Home ABA
> **Mandate:** 15 hours per week
> **Rate:** $250 per hour
> **Start Date:** April 1, 2022
>
> **Service Type:** BCBA Supervision
> **Mandate:** 9 hours per week
> **Rate:** $300 per hour
> **Start Date:** April 1, 2022
>
> **Service Type:** Compensatory ABA
> **Mandate:** 2745 hours total
> **Rate:** $250 per hour
> **Start Date:** April 1, 2022
>
> **Service Type:** Compensatory BCBA Supervision
> **Mandate:** 549 hours total
> **Rate:** $300 per hour

> **Start Date:** April 1, 2022
>
> Please confirm receipt of this email and advise with authorization of this case. I have CC'd the attorney on this case and have also attached the hearing order.
>
> Thank you for your time and attention to this matter.
>
> **Breakthrough Foundations Applied Behavior Analysis, PLLC.**
> Phone: (718) 395-4522
> www.breakthroughfoundations.com

--
**Human Resources Coordinator**
**Breakthrough Foundations Applied Behavior Analysis, PLLC.**
Phone: (718) 395-4522
www.breakthroughfoundations.com