**Re: Case 211664** - ▓▓▓▓▓▓▓▓

**Human Resources** <humanresources@breakthroughfoundations.com>

Wed 11/8/2023 2:46 PM

To: Crotty Theresa <TCrotty@schools.nyc.gov>

Hi Theresa,

Thank you so much for reaching out. We luckily were paid recently for our services for Case 211664. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Best,
Hanna

On Mon, Nov 6, 2023 at 2:01 PM Crotty Theresa <TCrotty@schools.nyc.gov> wrote:

> Hi—I am reaching out to you because I understand that there is a claim that there is an outstanding amount to your agency for this case in the amount of $101,700. I have gone through our emails, but I am having trouble figuring out exactly what is owed for what services and for when it was rendered.
>
> Could you please send me the invoices that you believe are outstanding so that we can review and pay as applicable?
>
> Many thanks, Theresa
>
> **Theresa Crotty, Esq.**
> Legal Advisor, Impartial Hearing Order Implementation Unit
> New York City Public Schools
> tcrotty@schools.nyc.gov
>
> NOTE: The information in this e-mail message and any attachments thereto have been sent by an attorney or his/her agent, and is or are intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message and any attachments thereto is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this e-mail message and any attachments is strictly prohibited. Although this e-mail message (and any attachments) is believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, the intended recipient is responsible to ensure that it is virus free.

--

**Human Resources Coordinator**
**Breakthrough Foundations Applied Behavior Analysis, PLLC.**
Phone: (718) 395-4522
www.breakthroughfoundations.com